ROBERT BLUMENTHAL et al., as Executors of ADOLPH BLUMENTHAL, Deceased, Appellants, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

Submitted November 17, 1941; decided December 4, 1941.

*Frederick E. Crane, Lawrence S. Timen* and *Emil H. Wasserberger* for motion.

*James D. Ewing, William R. McDermott* and *Eugene Z. DuBose* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the constitution.